UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 17−33144
                                                Chapter 7

James Paul Duncan and Amy Duncan,

    Debtors.

## NOTICE OF DEFICIENCY

This notice identifies one or more deficiencies in the petition filed in the above−referenced case. All documents filed must contain the case number.

**1. Fees**
Petition filing fees that are to be paid in installments must be accompanied by an application to pay in installments. This case is subject to immediate dismissal if the fee is not submitted within 36 hours of filing the petition. [L.B.R. 1006−1, Bankr. M.D. Ala.]
    ☐ Chapter 7 Filing Fee ($335)    ☐ Initial Installment ($50 minimum)

**2. ☐ Application to Pay Filing Fees in Installments** (Official Form 103A)
Debtor must be an individual and must submit a signed application with the petition for court approval. [Rule 1006(b), Federal Rules of Bankruptcy Procedure]

**3. ☐ Application to Have the Chapter 7 Filing Fee Waived** (Official Form 103B)
For individuals who cannot pay the filing fee in full or in installments. The case is subject to immediate dismissal if the application is not submitted within 72 hours of filing the petition. [28 U.S.C. §1930(f) and Rule 1006(c), Federal Rules of Bankruptcy Procedure]

**4. Debtor's and/or Debtor's Attorney's Information**
    ☐ Debtor's address and/or phone number is missing or incomplete
    ☐ Attorney's address and/or phone number is missing or incomplete
    ☐ Official Form 121, Statement About Your Social Security Numbers, is missing (pro se debtors only)

**5. Declarations and Signatures**
The following must be submitted within 14 days of filing the petition.
    ☐ Signature of debtor, whether represented by attorney or acting pro se (page 6 of petition, Official Form 101)
    ☐ Debtor's attorney's signature (page 7 of petition, Official Form 101)
    ☐ Additional signature of pro se debtor, (page 8 of petition, Official Form 101)
    ☐ Declaration about an Individual Debtor's Schedules (Official Form 106Dec)
    ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)

**6. ☐ Names and Addresses of All Creditors**
This case is subject to immediate dismissal if all creditors' names and addresses are not submitted within 72 hours of filing the petition.

**7. ☐ Statement of Monthly Income** (Official Form 122A–1)
This must be submitted within 14 days of filing petition. [11 U.S.C. §521(a)(1)(B)(v) and Rule 1007(b), Federal Rules of Bankruptcy Procedure]

**8. ☑ Payment Advices**
This must be submitted within 14 days of filing the petition. Debtor must submit either **(a)** copies of all payment advices or other evidence of payment received by the debtor from any employer of the debtor within 60 days before the date of the filing **or (b)** a statement concerning payment advices. (See local forms) [11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b), Federal Rules of Bankruptcy Procedure]

**9. Schedules and Other Documents**
The following must be submitted within 14 days of filing the petition. [11 U.S.C. §521(a)(1) and Rule 1007(b) and (c), Federal Rules of Bankruptcy Procedure]

- ☐ 106Sum
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Schedule J–2 (required if you are joint debtors living in separate households)

**10. ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107)
This must be submitted within 14 days of filing the petition. [Rule 1007(b) and (c), Federal Rules of Bankruptcy Procedure]

**11. ☐ Declaration Re: Electronic Filing of Petition, Schedules & Statements** (ALMB 1)
This must be signed by the debtor and debtor's attorney, and must be submitted within 14 days of filing the petition.

**12. ☐ Disclosure of Compensation of Attorney for Debtor** (Form 2030)
This must be submitted within 14 days of filing the petition or any other date set by the court [11 U.S.C. §329 and Rule 2016(b), Federal Rules of Bankruptcy Procedure]

**13. ☐ Disclosure of Compensation of Bankruptcy Petition Preparer** (Form 2800)
This must be filed with the petition if a bankruptcy petition preparer prepares the petition [11 U.S.C. §110(h)(2)]

**14. ☐ Statement of Intention for Individuals filing Under Chapter 7** (Official Form 108)
Required if the debtor is an individual and the schedule of assets and liabilities contains consumer debts secured by property of the estate. This statement must be submitted within 30 days of filing the petition or by the date set for the §341 meeting of creditors, whichever is earlier. [Rule 3015, Federal Rules of Bankruptcy Procedure]

15. ☐ **Documents are not legible**

16. ☐ **Other:**

Dated November 1, 2017

*/s/ Juan-Carlos Guerrero*

Juan–Carlos Guerrero
Clerk of Court